**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2264**

_____

In re: ROBERTO ANTOINE DARDEN, a/k/a Dizz-e, a/k/a Javon,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Newport News.  (4:11-cr-00052-AWA-LRL-1)

_____

Submitted:  February 5, 2026               Decided:  February 17, 2026

_____

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Roberto Antoine Darden, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Antoine Darden petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to alter or amend the district court's order denying mandamus relief. Darden seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Darden's motion to alter or amend by order entered January 29, 2026. Accordingly, because the district court has recently decided Darden's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*